**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Cephus BRADLEY, Defendant-Appellant.**

**No. 71-1766**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Aug. 11, 1971.

Richard W. Grant, Marianna, Fla., Court-appointed for defendant-appellant.

William Stafford, U. S. Atty., Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., for plaintiff-appellee.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.